# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR423 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **WESLEY WORLEY,** | ) | |
| | ) | |
| Defendant. | ) | |

An initial appearance and plea hearing are scheduled before the undersigned magistrate judge at **1:15 p.m. on March 22, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 10th day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge